FILED

MAR 13 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VKD

1  RAJ K. PATEL
   6850 East 21st Street
2  Indianapolis, IN 46219
   +1-317-740-8001
3  Email: rajp2010@gmail.com
4  Pro Se Plaintiff

5

6

7

8
          **UNITED STATES DISTRICT COURT**
9
         **NORTHERN DISTRICT OF CALIFORNIA**
10

11                              C  24  01548
   THE EXCELLENT THE EXCELLENT RAJ K. )  Case No.:
12  PATEL                            )
                                     )  **PRO SE COMPLAINT**
13            Plaintiff,             )
                                     )
14      vs.                          )  DEMAND FOR JURY TRIAL
                                     )
15  ALPHABET INC., XXVI HOLDINGS INC., )
16  GOOGLE LLC, JIGSAW LLC, SUNDAR   )
   PICHAI, in all capacities, and THE UNITED )
17  STATES, a Governmental Entity,   )
                                     )
18                                   )
             Defendants.             )
19                                   )
                                     )
20

21

22                            **PARTIES**

23  1.  Plaintiff.

24  Name: Raj K. Patel

25  Address: 6850 East 21st Street, Indianapolis, IN 46219

26  Telephone: +1-317-740-8001

27  2.  Defendants.

28      Defendant 1:

                              - 1 -
                            **COMPLAINT**

Name: Alphabet Inc.

Address: 1600 Amphitheatre Pkwy, Mountain View, CA 94043

Telephone:

Defendant 2:

Name: XXVI Holdings, Inc.

Address: 1600 Amphitheatre Pkwy, Mountain View, CA 94043

Telephone:

Defendant 3:

Name: Google LLC

Address: 1600 Amphitheatre Pkwy, Mountain View, CA 94043

Telephone:

Defendant 4:

Name: Jigsaw LLC

Address: 1000 N. West Street, Suite 1200, Middletown, DE 19801

Telephone:

Defendant 5:

Name: Sundar Pichai

Address: 1600 Amphitheatre Pkwy, Mountain View, CA 94043

Telephone:

Defendant 6:

Name: The United States c/o Att'y Gen. Merrick Garland and N.D. Cal. U.S. Att'y Gen.

Ismail J. Ramsey

Address: 950 Pennsylvania Ave., NW, Washington, D.C. 20530 and 150 Almaden Blvd.,

Ste. 900, San Jose, CA 95113

Telephone:

## JURISDICTION

3. The claim is under diversity jurisdiction §1332 because parties on both sides are completely diverse and the amount of damages is over $75,000.

4. The claim is also under federal question § 1331 for the statute 42 U.S.C. §§ 2000bb et seq.

5. The choice of law is the federal law, including constitutions of territories, and the laws of Indiana, California, Delaware, Mississippi, Georgia, and New York.

**VENUE**

6. The United States District Court for the Northern District of California is the proper court because the contract-at-hand states that defendants prefer to go to court here and are subject to general personal jurisdiction.

**INTRADISTRICT ASSIGNMENT**

7. San Jose should be assigned because the claim is mainly a breach of contract.

**STATEMENT OF FACTS**

8. On or around August 2022, Patel searched The Rt. Hon. (T.E.) Prime Minister of the His Majesty King Charles III's Government for the United Kingdom Rishi Sunak's *varna* and caste information on Google Search, but Google Search did not display any results with this information.

9. Google LLC gave a guaranty for its broad offer and statements through a warranty clause.

10. Google LLC has 8.5 billion searches daily.

11. Patel became shareholder of GOOG and GOOGL in September 2022.

12. This complaint follows.

**CLAIMS**

13. All claims are to be read against Google LLC and all other defendants, singularly and together with each other in permutations.

**Claim 1. Breach of Contract**

Name the law or right violated: contracts law

Name the defendants who violated it: Google LLC

14. Patel incorporates the paragraphs above.

15. On or about August 2022, Patel and Google LLC, through Google Search, entered into an agreement by which defendant promised that to practically any public or "universal"

information in the world through Google Search, including but not limited to, PM Sunak's varna and caste information.

16. Defendant breached the agreement by not presenting, displaying, "revealing," and making "accessible" (or by removing) PM Sunak's varna and caste information.

17. Patel fulfilled the obligations of the contract.

18. Google LLC caused Patel injuries including but not limited to substantially burdening his free exercise of religion and subjective religious, political and intellectual pleasures, and burden on his own emotional solace and existence, anxiety, and depression and dissociative identity disorder ("DID").

19. Wherefore plaintiff demands judgment against defendant in the sum of dollars, interest and costs: $8,500,000,000 ($1/number of daily searches) (restitution), $332,000,000 ($1/each person in America) (should not have participated in policy and compete with other search engines) (expectations damages), $20,000,000 (expectations damages), $332,000,000 ($1/American) (punitive damages), $200,000,000 mental pain and suffering, $10,000,000 in parasitic damages, reliance damages

Breach of the Doctrine of Implied Covenant of Good Faith and Fair Dealing

20. Patel incorporates the paragraphs above.

21. Google Search was expected to compete against other search engines like Bing, but Google LLC chose not to do that, and failing to act in good faith, and instead unfairly participated in a conspiracy and policy decisions that rightfully belong to the state.

   a. Google LLC did not act in good faith to uphold our contract because it did not act any better than other major search engines, such as Bing.com, DuckDuckGo.com, and Yahoo.com.

22. Google LLC should have displayed PM Sunak's caste information on the front page because it does that for PM Modi of the Republic of India as Other Backward Castes. Both the United Kingdom and the Republic of India are a part of the His Most Excellent Majesty King Charles III's Commonwealth. Patel also thought that Google Search would display varna/caste information on Sunak because it does for Patel himself and President Patil of the

1    Republic of India.  The failure to show PM Sunak's caste information caused a breach of the

2    doctrine of implied covenant of good faith and fair dealing.

3    23. Patel relied on Google Search even more than usual because it is Patel's political competitor

4    and ally and Sunak's family owns a building next to one of Patel's father's building.

5    24. Google LLC caused Patel injuries including but not limited to burdening his free exercise of

6    religion and subjective religious, political and intellectual pleasures, and burden on his own

7    existence, anxiety, and depression and dissociative identity disorder ("DID").

8    25. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm

9    of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per

10   day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages,

11   $10,000,000 in compensatory damages, $332,000,000 in punitive damages, $100,000,000 in

12   reliance damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in

13   parasitic damages in dollars, interest, and costs.

14                           **Claim 2. Breach of Warranty (contract)**

15   Name the law or right violated: Cal. Com. C. § 2311-17; U.C.C. § 2-301; 42 U.S.C. § 1981(b); Full
     Faith & Credit Clause; <u>Narva Harris Const. Corp.</u>, 574 F.2d at 512 n. 6; and H. Res. 417 (113th
16   Cong.)

17   Name the defendants who violated it: Google LLC

18   26. Patel incorporates the paragraphs above.

19   27. Patel gave Google LLC notice that Google Search was not operating as plaintiff and

20   defendant agreed, but Google Search still has not displayed Sunak's varna and caste

21   information.

22   28. It was reasonably unforeseeable and unfair to Patel that Sunak's caste information would not

23   be available as a part of major "universal" information because all other information is

24   released by Google LLC via Google Search, in Patel and Google LLC's ordinary course of

25   business.  Cal. Com. C. § 2315.

26   29. Almost two (2) years after its due notice by Patel and failure to perform the warranty

27   clauses, Google LLC has still failed to display or release Sunak's varna and caste

28   information to fulfill the contract.  <u>See also</u> 42 U.S.C. § 1981(b).

1        a.  Google LLC's time to perform is unreasonable.

2        b.  Google LLC's time to perform in not seasonable.

30. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in punitive damages, $100,000,000 in reliance damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

## Claim 3. Fraud (intra-contract)

Name the law or right violated: Fraud under a contract

Name the defendants who violated it: Google LLC

31. Plaintiff incorporates paragraphs above.

32. Fraud was committed under the contract by Google's intentional acts of not making available caste/varna information on PM Sunak with complete disregard to the truth of, by, and under the contract.

33. The terms are valid sufficiently applicable to PM Sunak because he is a public figure and a private person with little to no interaction with the internet.

34. The representations made by defendant were false and Google LLC knew that they were false and Google LLC, without knowledge of the true facts, recklessly misrepresented them and were made with the intention that Patel should rely upon them.

35. Patel justifiably relied on Google LLC, especially because PM Modi's varna/caste information was presented by and made available by Google Search.

36. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in punitive damages, $100,000,000 in

reliance damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

### Claim 4. Negligent Misrepresentation / Equitable Fraud (intra-contract)

Name the law or right violated: <u>S. Cal. Gas Leak Cases</u>, 441 P.3d 881, 887 (Cal. 2019); <u>Focus Fin. Partners, LLC v. Holsopple</u>, 241 A.3d 784, 809-11 (Del. Ch. 2020) (internal citations omitted); Del. const. pmbl.; <u>Stream TV Networks, Inc. v. SeeCubic, Inc.</u>, 279 A.3d 323, 339 (Del. 2022); <u>Eng. & Sons, Inc. v. Straw Hat Rests., Inc.</u>, 176 F. Supp. 3d 904, 914 (N.D. Cal. 2016); and <u>Erlich</u>, 981 P.2d at 982

Name the defendants who violated it: Google LLC

37. Plaintiff incorporates the paragraphs above.

38. Duty: Google LLC had contracts law duty from the contract-at-hand not to put out inaccurate and truthless terms in the operations of Google Search.

39. Breach: Google LLC provided to Patel false information by stating that "our mission to organize the world's information and make it universally accessible and useful has always been core to everything we do at Google" and not having that be true because the contract-for information on Sunak's varna and caste information was not revealed, and concurrently showed willful blindness in breaching the duty.

40. Causation: Google LLC is the but for cause and proximate cause under the contract.

41. Damages: Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in punitive damages, $100,000,000 in reliance damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

### Claim 6. Fraud in the Inducement

Name the law or right violated: Fraudulent inducement

Name the defendants who violated it: Google LLC

42. Patel incorporates the paragraphs above.

43. Google LLC acted intentionally and with knowledge of fraud in the inducement of contract formation, against mutual assent and meeting of the minds, because Google LLC stated the terms of Google Search of universal information being accessible with complete disregard to the truth or mental state of its intent about making varna/caste information of PM Sunak inaccessible.

44. Patel justifiably relied on Google LLC, especially because PM Modi's varna/caste information was presented by Google Search.

45. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in punitive damages, $332,000,000 in reliance damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

### Claim 7. Constructive Fraud (intra-contract and extra-contract)

Name the law or right violated: Constructive Fraud; law merchant; Fed. R. Civ. P. 9(b); 14 Ind. Law Encyc. Fraud § 3; 34A Cal. Jur. 3d Fraud and Deceit § 5-7; Rest. (3d) Of Agency § 7.02; Fed. Torts Claim Act, 28 U.S.C. § 2674; S. Cal. Gas Leak Cases, 441 P.3d 881, 887 (Cal. 2019); Focus Fin. Partners, LLC v. Holsopple, 241 A.3d 784, 809-11 (Del. Ch. 2020) (internal citations omitted); Del. const. pmbl.; Stream TV Networks, Inc. v. SeeCubic, Inc., 279 A.3d 323, 339 (Del. 2022); Eng. & Sons, Inc. v. Straw Hat Rests., Inc., 176 F. Supp. 3d 904, 914 (N.D. Cal. 2016); and Erlich, 981 P.2d at 982

Name the defendants who violated it: Google LLC

46. Duty to Contractee/or: Google LLC should have ensured that Sunak's varna or caste information remained displayed because it served the purpose of Google LLC and the terms and conditions of Google Search in accord with the offer/contract made in its ordinary course of business. It also should have fulfilled the warranty clauses' obligation; his is also a duty of trust and confidence; this duty includes supervising and managing Jigsaw LLC to adhere to the contract-at-hand.

47. Duty in Contact-in-Law: Google LLC should have ensured that Sunak's varna or caste information remained displayed because it served the purpose of Google LLC and the terms and conditions of Google Search to effectuate the free exercise of religion and political freedoms in accord with the offer/contract made in its ordinary course of business. It also should have fulfilled the warranty clauses' obligation; this is also a duty of trust and confidence; this duty includes supervising and managing Jigsaw LLC to adhere to the contract-at-hand.

48. Breach of Duty to Contractee/or: Google LLC knew that the offer and contract-at-hand would not allow Patel access to P.M. Sunak's varna and caste information, through its premediated scheme or "game plan" for this request and consciously and intentionally disregard of truth and in bad faith the warranty obligations and Google LLC knows that its nonperformance or breach of duty will violate public or private confidence, or to injure public interests. Google LLC willfully did not supervise or ordered Jigsaw LLC to act inconsistent with the contract-at-hand to restrict and withhold PM Sunak's varna and caste information to Patel in subjective bad faith, intentional dereliction of duty, and conscious disregard.

49. Breach of Duty in Contract-in-Law: Google LLC knew that the offer and contract-at-hand would not allow Patel access to P.M. Sunak's varna and caste information, through its premediated scheme or "game plan" for this request and consciously and intentionally disregard and in bad faith the warranty obligations and Google LLC knows that its nonperformance or breach of duty will violate public or private confidence, or to injure public interests. Google LLC willfully did not supervise or ordered Jigsaw LLC to act inconsistent with the contract-at-hand to restrict and withhold PM Sunak's varna and caste information to Patel in subjective bad faith, intentional dereliction of duty, and conscious disregard.

50. Patel clearly determinately relied on the Google LLC's representation and contract-at-hand, because Google LLC actually has the information Patel requested, and also because T.E.,E. Mr. Patel and Google LLC are in Comity under the contract-in-law.

51. Google LLC is the but for cause/substantial factor cause and the proximate cause for the injuries Patel suffered, by itself and Jigsaw LLC and even its parent alter egos.

52. Google LLC profited and gained by breaching the contract and serving other contracts, including by serving its own pre-convinced bias and "advancing" the common faces of Pichai and Sunak under the look-a-like doppelganger theory and fad in glorious war.

53. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in punitive damages, $332,000,000-$8,500,000,000 in reliance damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

## Claim 8. Products Liability

Name the law or right violated: Common law products liability

Name the defendants who violated it: Google LLC

54. Plaintiff incorporates the paragraphs above.

55. Google LLC stated with all reasonable reliance and understanding that Google Search will display PM Sunak's varna and caste information. As of March 10, 2024, PM Sunak's caste information is still not available over Google Search as PM Modi's.

56. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

**Claim 9. Products Liability**

Name the law or right violated: UDPTA, 6 Del. C. § 2532(a)(9)-(10), (11) & 2534(a)(2)

Name the defendants who violated it: Google LLC

57. Plaintiff incorporates the paragraphs above.

58. Google LLC in a deceptive trade practice when, in the course of a business, vocation, or occupation, it did not intent to sell the product of PM Sunak's Google Search as Google LLC advertise, it did not advertised Google Search with intent not to supply reasonably expectable public demand of Sunak's varna/caste information, and engaged conduct of its contract by terms and services of Google LLC generally and terms and services of Google Search specifically to create a likelihood of confusion or of misunderstanding.

59. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

**Claim 10. Breach of Warranty (Torts)**

Name the law or right violated: Breach of Warranty in torts

Name the defendants who violated it: Google LLC

60. Patel incorporates the paragraphs above.

61. The breach of warranty of Google LLC not making PM Sunak's varna and caste information accessible over Google Search also is a fraudulent act because Google LLC acted without regard to the truth of what information it was able to provide with its other policies effecting Google Search.

62. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000-$8,500,000,000 in reliance damages,

$332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

### Claim 11. Breach of Indiana R.F.R.A. of 2015

Name the law or right violated: Ind. C. §§ 34-13-9 et seq.; Full Faith & Credit Cl.; Narva Harris Const. Corp., 574 F.2d at 512 n. 6; and H. Res. 417 (113th Cong.)

Name the defendants who violated it: Google LLC

63. Plaintiff incorporates paragraphs above.

64. Google LLC unduly burdened Patel's free exercise of religion by not making Sunak's varna/caste information accessible or making it inaccessible.

65. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

### Claim 12. Breach of United States R.F.R.A.

Name the law or right violated: Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb et seq.

Name the defendants who violated it: Google LLC

66. Patel incorporates the paragraphs above.

67. Google unduly burdened Patel's free exercise of religion by not ensuring that PM Sunak's varna/caste information was provided. Microsoft has no compelling governmental interest.

68. Microsoft's actions caused Patel injuries, including mental pain and suffering, DID, depression and anxiety.

69. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in

1  punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and

2  suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

3  ### Claim 13. IIED

4  Name the law or right violated: IIED

5  Name the defendants who violated it: Google LLC

6  70. Patel incorporates the paragraphs above.

7  71. Google LLC committed an intentional infliction of emotional distress to Patel.

8  72. Google LLC acted extremely and outrageous (which is also against the law merchant) by not

9  making PM Sunak's varna and caste information accessible over Google Search.

10  73. Google LLC knew that its intentional act would cause harm to those who study, need, or

11  otherwise socialize with varna and caste information.

12  74. Patel suffered severe and extreme stress, dissociative identity disorder, anxiety, loss of

13  religious pleasure and free exercise, depression, helplessness, and fright by Google LLC's

14  acts which are the actual and proximate cause of these injuries to Patel.

15  75. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm

16  of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per

17  day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages,

18  $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in

19  punitive damages, $332,000,000 in oppressive damages, $100,000,000 in mental pain and

20  suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

21  ### Claim 14. NIED

22  Name the law or right violated: Indiana NEID (no zone of danger); Delaware (Frees an injury;
apprehends; parasitic damages)

23

24  Name the defendants who violated it: Google LLC

25  76. Patel incorporates the paragraphs above.

26  77. Google LLC engaged in negligent conduct that caused Patel serious emotional distress and

27  said injuries.

28

78. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $100,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

### Claim 15. *Res Ipsa Loqutior*

Name the law or right violated: Doctrine of RIL (Ind., Cal., & Del.); Fed. Torts Claim Act, 28 U.S.C. § 2674; <u>Narva Harris Const. Corp.</u>, 574 F.2d at 512 n. 6; and H. Res. 417 (113th Cong.)

Name the defendants who violated it: Google LLC

79. Patel incorporates the paragraphs above.

80. Plaintiff Patel did not contribute to influence the harm caused to him in anyway.

81. Think skull plaintiff rule can applied.

82. The standard of review and smell test passes for the court to apply RIL. Circumstantial evidence shows that there are other means in which Defendants could have chosen to restrict *varna* information for its compelling interests. <u>United States v. Hardman</u>, 622 F. Supp. 2d 1129, 1131 (D. Utah 2009).

83. This is a prima facie case to apply RIL.

84. All Defendants should be required to show why there was not a breach of contract or tort under an inquisitorial model, as is common in executive decisions dealing with social status.

85. Without Google LLC these intentional or negligent torts and breach of contract would not have happened. Google LLC with knowledge that shows willful blindness in the performance of their obligations to Patel.

86. Patel simply did not put himself in harm's way of Google Search by entering a contract with Google LLC in the ordinary course of business.

87. Google Search is exclusively in the control of Google LLC and Patel was injured as it can be proven PM Sunak's varna and caste information being inaccessible.

88. "[C]ircumstantial" evidence, the said scheme of instrumentalities and agencies, the ordinary course of business, and probability only show that Google LLC was in the position of power to perform or breach the contract and be held liable.

89. Google LLC has caused injury that Patel suffered.

90. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages in dollars, interest, and costs.

### Claim 16. Unjust Enrichment

Name the law or right violated: Unjust enrichment; Qbex Computadoras S.A. v. Intel Corp., 2017 WL 5525939 * 16 (N.D. Cal. 2017) (discussing Delaware law)

Name the defendants who violated it: Google LLC

91. Google LLC made an enrichment of making PM Sunak's varna and caste information inaccessible over Google Search against Patel's own improverishment by not having related access to PM Sunak's varna and caste information via Google Search.

92. Google did not have just reasons to making PM Sunak's varna and caste information, and should not have participated in policy.

93. The law does not create another remedy for the damages Patel suffered.

94. Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in

punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, $5,000,000 in parasitic damages, and $1 per search throughout the world about Sunak's varna and caste information in restitution damages dollars, interest, and costs.

## Claim 17. Breach of Contract

Name the law or right violated: Breach of Contract (including the doctrine of frustrates the purpose); S. Cal. Gas Leak Cases, 441 P.3d 881, 887 (Cal. 2019); Focus Fin. Partners, LLC v. Holsopple, 241 A.3d 784, 809-11 (Del. Ch. 2020) (internal citations omitted); Del. const. pmbl. & art. I, § 1; Stream TV Networks, Inc. v. SeeCubic, Inc., 279 A.3d 323, 339 (Del. 2022); Eng. & Sons, Inc. v. Straw Hat Rests., Inc., 176 F. Supp. 3d 904, 914 (N.D. Cal. 2016); U.C.C. §§ 1-104 & 1-304, & 2-103(1)(b); Narva Harris Const. Corp., 574 F.2d at 512 n. 6; and H. Res. 417 (113th Cong.)

Name the defendants who violated it: Google LLC, Alphabet Inc, XXVI Holdings, and the United States

95. Plaintiff incorporates the paragraphs above and below.

96. The consideration caused mutual inducement.

97. This behavior was anti-social.

Google LLC

98. Google LLC breached its contractual duty to provide Patel with Sunak's varna and caste information through Google Search.

99. Google LLC is the but for cause because it is the only entity making the decision in operating Google Search.

100.      Google LLC is the proximate cause because it is the only entity making the decision in operating Google Search and because Google LLC has agreed to be responsible for liability.

101.      Patel suffered damages.

102.      Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance

damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages, and $1 per search about Sunak's varna and caste information in dollars, interest, and costs.

103.    Alphabet Inc. and United States are respondent superiors and have liability via vicarious liability.

Alphabet Inc. (and XXVI Holdings, Inc.) ("Alphabet Inc.")

104.    Alphabet Inc., the parent and alter ego corporation, omitted and breached its contracts duty to prevent Google LLC from not releasing Sunak's varna and caste information to Patel.

105.    Alphabet Inc. is the substantial factor and but for cause in why the contract was breached because if Alphabet Inc. would have given good faith and fair dealing to the contract-at-hand then Google LLC would not have breached the contract-at-hand, including but not limited to, by failure to fulfill warranty.

106.    Alphabet Inc. is the proximate cause of the breach because it and Google LLC and are legally interchangeable and have taken responsibility for damages that might ensue.

107.    Patel suffered damages.

108.    Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages, and $1 per search about Sunak's varna and caste information in dollars, interest, and costs.

The United States

109.     Google LLC is the instrumentality of the United States under California law. The United States is thus the parent and alter ego corporation and it omitted and breached its contracts duty to prevent Google LLC from not releasing Sunak's varna and caste information to Patel.

110.     The United States is a substantial factor and but for cause in why the contract was breached because if the United States would have given good faith and fair dealing to the contract-at-hand then Google LLC would not have breached the contract-at-hand, including but not limited to, by failure to fulfill warranty.

111.     The United States is the proximate cause of the breach because it and Google LLC and are legally interchangeable and have taken responsibility for damages that might ensue.

112.     Patel suffered damages.

113.     Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages, and $1 per search about Sunak's varna and caste information in dollars, interest, and costs.

Del. Const.'s Covenant of Good Faith & Fair Dealing

114.     Plaintiff incorporates the allegations of the paragraphs above and below.

115.     Patel and Google LLC had no need to particularly negotiate about Sunak's varna or caste information because Google LLC's offer was specific enough and the same exact terms were used in previous contracts with Google LLC and because the information is about a public figure in the free world.

116.     Google LLC breached this covenant because it acted unreasonably and arbitrarily by not performing the contract initially and after Patel gave notice of non-performance on the contract's explicit warranty clauses.

117.     Alphabet Inc. allowed for Google LLC to breach the covenant of good faith and fair dealing (bad faith) despite its obligations on the contract and its warranty clause.  Alphabet Inc. should have acted to perform the lingering contracts obligations or communicated Sunak's varna and caste information another way.

118.     Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages, and $1 per search about Sunak's varna and caste information in dollars, interest, and costs.

DLLCA's Covenant of Good Faith and Fair Dealing

119.     Plaintiff incorporates the allegations of the paragraphs above and below.

Ind.'s Covenant of Good Faith and Fair Dealing

120.     Plaintiff incorporates the allegations of the paragraphs above and below.

Cal.'s Covenant of Good Faith and Fair Dealing

121.     Plaintiff incorporates the allegations of the paragraphs above and below.

Cal. Com. C. § 2311

122.     Plaintiff incorporates the allegations of the paragraphs above and below.

123.     The terms of the offer or contract were made with "such specification...in good faith and within limits set by commercial reasonableness," and Patel understood the terms under such statutory restriction.

U.C.C. §§ 1-104 & 1-304, & 2-103(1)(b)

124.    Plaintiff incorporates the allegations of the paragraphs above and below.

125.    Defendant was not honest nor did Defendant use reasonable commercial standards in communicating the offer or contract.

The United States' Covenant of Good Faith and Fair Dealing

126.    Plaintiff incorporates the allegations of the paragraphs above and below.

**Claim 18. Strict Liability – The Law Merchant**

Name the law or right violated: The law merchant

Name the defendants who violated it: Google LLC

127.    Plaintiff incorporates the paragraphs above.

128.    Google LLC knew that it should not participate in policy, that rightfully is the State's duties, including of a foreign country's, that compromises any right of American citizens.

129.    Wherefore plaintiff demands judgment against defendant in for reasonably foreseeable harm of $332,000,000-$8,500,000,000 ($1/person in United States and $1/number of searches per day) in restitution damages, $332,000,000-$8,500,000,000 in expectation damages, $10,000,000 in compensatory damages, $332,000,000 in reliance damages, $332,000,000 in punitive damages, $332,000,000 in oppressive damages, $5,000,000 in mental pain and suffering damages, and $5,000,000 in parasitic damages, and $1 per search about Sunak's varna and caste information in dollars, interest, and costs.

**DEMAND FOR RELIEF**

130.    Patel incorporates the paragraphs above.

131.    Make Google Search display PM Sunak's varna and caste information.

132.    Allow vicarious liability or respondent superior for Google LLC's actions to Alphabet Inc., XXVI Holdings, Inc., Sundar Pichai, Jigsaw LLC, and the United States.

133.    Incidental damages.

134.    Any other remedy the court seems fit.

**DEMAND FOR JURY TRIAL**

**COMPLAINT**

135.      Plaintiff demands a jury trial on all issues.

Respectfully submitted,

DATED: March 11, 2024

_/s/ Raj K. Patel_____
RAJ K. PATEL

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)

T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

*Political Science and Religion (cum laude), Emory University Class of 2014

1

## CERTIFICATE OF SERVICE

2          I swear that I provided service of complaint and summons to the individuals below by clerk

3 of court on _____, 2024:

4 **Alphabet Inc.**
  **XXVI Holdings, Inc.**
5 **Google LLC**
  **Jigsaw LLC**
6 **Sundar Pichai**
  BECKY DEGEORGE
7 2710 Gateway Oaks Drive
  Sacramento, CA 95833
8
  **The United States**
9 Att'y Gen. Merrick Garland
  950 Pennsylvania Ave., NW
10 Washington, D.C. 20530

11
  **The United States**
12 N.D. Cal. U.S. Att'y Gen. Ismail J. Ramsey
  150 Almaden Blvd., Ste. 900
13 San Jose, CA 95113

14

15                              Respectfully submitted,

16

17

18                              /s/ Raj K. Patel
                                Raj K. Patel
19                              6850 East 21st Street
                                Indianapolis, IN 46219
20                              Marion County
                                317-740-8001
21                              rajp2010@gmail.com

22

23

24

25

26

27

28

- 22 -
**COMPLAINT**