```
                                                           Clear Form
```
FILED

MAR 13 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VKD

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

THE EXCELLENT THE EXCELLENT ) C 24 01548
RAJ K. PATEL )
                Plaintiff, ) CASE NO. _____
)
vs. ) **APPLICATION TO PROCEED**
Alphabet Inc. et al., ) **IN FORMA PAUPERIS**
) **(Non-prisoner cases only)**
)
                Defendant. )

N/C

     I, Raj K. Patel _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

     In support of this application, I provide the following information:

1.     Are you presently employed?           Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____

5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a. Business, Profession or            Yes ____ No ✔
8          self employment?

9      b. Income from stocks, bonds,         Yes ____ No ✔
10         or royalties?

11     c. Rent payments?                  Yes ____ No ✔

12     d. Pensions, annuities, or            Yes ____ No ✔
13         life insurance payments?

14     e. Federal or State welfare payments,    Yes ____ No ✔
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____

21 3. Are you married?                      Yes ____ No ✔
22 Spouse's Full Name: n/a _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4. a. List amount you contribute to your spouse's support:$ n/a _____
27     b. List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

|   | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.) |
|---|---|
| 1 | |
| 2 | _____ |
| 3 | _____ |
| 4 | 5.    Do you own or are you buying a home?       Yes ____ No ✔ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 6 | 6.    Do you own an automobile?                   Yes ____ No ✔ |
| 7 | Make _____ Year _____ Model _____ |
| 8 | Is it financed? Yes ____ No ____ If so, Total due: $ _____ |
| 9 | Monthly Payment: $ _____ |
| 10 | 7.    Do you have a bank account?  Yes ✔ No ____ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: TMoblie |
| 12 | 40 General Warren BlvdSuite 200Malvern, PA 19355 |
| 13 | Present balance(s): $ $55 (debit card balance; minus mailing costs for this case) |
| 14 | Do you own any cash? Yes ____ No ✔ Amount: $ _____ |
| 15 | Do you have any other assets?  (If "yes," provide a description of each asset and its estimated |
| 16 | market value.)                                    Yes ____ No ____ |
| 17 | _____ |
| 18 | 8.    What are your monthly expenses? |
| 19 | Rent: $ 0                             Utilities: 125 |
| 20 | Food: $ 1500                          Clothing: 100 |
| 21 | Charge Accounts: |
| 22 | <u>Name of Account</u>        <u>Monthly Payment</u>        <u>Total Owed on This Account</u> |
| 23 | n/a                           $ _____                $ _____ |
| 24 | _____                    $ _____                $ _____ |
| 25 | _____                    $ _____                $ _____ |
| 26 | 9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom |
| 27 | they are payable.  Do not include account numbers.) |
| 28 | $40,000+ in credit card debts |

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✔ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Patel v. Alphabet & Google LLC, No. 49D05-2206-CC-019517 (Ind. Super. Ct., Marion Cnty. 5)

Patel v. Google LLC & Alphabet Inc., 5:23-cv-03647-BLF

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| 3/11/2024 | /s/ Raj K. Patel |
|---|---|
| DATE | SIGNATURE OF APPLICANT |