Name: Raj K. Patel
Address: 6850 East 21st Street
Indianapolis, IN 46219
Phone Number: 317-740-8001
E-mail Address: rajp2010@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE EXCELLENT THE EXCELLENT RAJ K. PATEL,

    Plaintiff,

vs.

Alphabet Inc. et al.,

    Defendant.

Case Number: C 24 01548 VKD

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge _____

As the (*Plaintiff/Defendant*) Raj K. Patel in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   - ☑ A computer with internet access;
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files;
   - ☑ A printer or copier to create required paper copies such as chambers copies;
   - ☑ A word-processing program to create documents; and
   - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 3/11/2024

Signature: /s/ Raj K. Patel

FILED MAR 13 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA