Name: Raj K. Patel
Address: 6850 East 21st Street
Indianapolis, IN 46219
Phone Number: 317-740-8001
E-mail Address: rajp2010@gmail.com

*Pro Se*

RECEIVED MAR 13 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE EXCELLENT THE EXCELLENT RAJ K. PATEL

    Plaintiff,

vs.

Alphabet Inc. et al.,

    Defendant.

Case Number: _____

**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge